FILED
CLERK, U.S. DISTRICT COURT

AUG - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER RAY FINNEY,<br><br>       Petitioner,<br><br>   v.<br><br>W. J. SULLIVAN, Warden,<br><br>       Respondent. | Case No. CV 08-758 ABC (CT)<br><br>**JUDGMENT** |

   In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: 8/7/08

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE